UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,        **DEFENDANT'S DISCLOSURE PURSUANT TO RULE 7.1**

-against-

FIRST CAPITAL MORTAGE CORP.,        07 CV 4115

                Defendant.
----------------------------------------------------------x

Pursuant to Rule 7.1 of the local rules of the U.S. District Court for the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for FIRST CAPITAL MORTGAGE CORPORATION, a private corporation, certifies that there are no corporate parents, subsidiaries, or affiliates of said party which are publicly held.

DATED:  New York, New York
            July 10, 2007

                                                Yours, etc.,

                                                BY: PETER J. FAZIO, ESQ. (1211)
                                                AARONSON RAPPAPORT FEINSTEIN
                                                & DEUTSCH, LLP
                                                Attorneys for Defendant
                                                FIRST CAPITAL MORTGAGE CORP.
                                                Office & P.O. Address
                                                757 Third Avenue
                                                New York, New York 10017
                                                Tel.: (212) 593-6700

TO:    THACHER PROFFITT & WOOD, LLP
           Attorneys for Plaintiff
           Two World Financial Center
           New York, New York 10281
           Tel.: (212) 912-7400

579649v