UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                            Plaintiff,                   **ANSWER**

    -against-                                        07 CV 4115

FIRST CAPITAL MORTAGE CORP.,              **JURY DEMAND**

                            Defendant.
-------------------------------------------------------------x

        Defendant, FIRST CAPITAL MORTGAGE CORP., by its attorneys, AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP as and for its Answer to plaintiff's Complaint, respectfully shows to this Court and alleges upon information and belief:

### ANSWERING AS AND FOR JURISDICTION AND VENUE

        **FIRST:** Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "2" and respectfully refer all questions of law to this Honorable Court.

### ANSWERING AS AND FOR THE PARTIES

        **SECOND:** Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "3".

### ANSWERING AS AND FOR FACTUAL ALLEGATIONS

**The Seller Loan Purchase Agreement**

        **THIRD:** Denies the allegations contained in Paragraph "5" in the form alleged, except admit that an agreement was entered into.

### ANSWERING AS AND FOR SUBPARAGRAPH HEADING ENTITLED:

**Defendant's Failure to Repurchase**
**Loans With Early Payment Defaults From DBSP**

**FOURTH:** Denies the allegations contained in Paragraph "**8**" in the form alleged, except admit that pursuant to the Purchase Agreement, Defendant from time to time offered to sell and DBSP agreed to purchase certain mortgage loans.

**FIFTH:** Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs "**9**", "**10**", "**11**", "**12**", "**14**", "**16**" and "**17**".

**SIXTH:** Denies the allegations contained in Paragraph "**13**" in the form alleged, except admit that the April 26, 2007 letter was received.

**SEVENTH:** Denies the allegations contained in Paragraphs "**15**" and "**18**".

### ANSWERING AS AND FOR THE SUBPARAGRAPH HEADING ENTITLED

**Indemnification**

**EIGHTH:** Denies the allegations contained in Paragraph "**19**" in the form alleged.

**NINTH:** Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs "**20**", "**22**", "**23**" and "**24**".

**TENTH:** Denies the allegations contained in Paragraph "**21**".

### ANSWERING AS AND FOR A FIRST CLAIM FOR RELIEF
(Breach of Contract – Purchase Agreement

**ELEVENTH:** In response to Paragraph "**25**", repeats each admission or denial contained in Paragraphs "FIRST" through "TENTH" herein as though fully set forth hereat.

**TWELFTH:** Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "**26**".

579554v

**THIRTEENTH:** Denies the allegations contained in Paragraph **"27"** in the form alleged, except admit the receipt of the April 26, 2007 letter.

**FOURTEENTH:** Denies the allegations contained in Paragraphs **"28"** and **"29"**.

### ANSWERING AS AND FOR A SECOND CLAIM FOR RELIEF
### (unjust Enrichment)

**FIFTEENTH:** In response to Paragraph **"30"**, repeats each admission or denial contained in Paragraphs "FIRST" through "FOURTEENTH" herein as though fully set forth hereat.

**SIXTEENTH:** Denies the allegations contained in Paragraph **"31"** in the form alleged, except admit that DBSP has purchased loans from the defendant.

**SEVENTEENTH:** Denies the allegations contained in Paragraphs **"32"** and **"33"**.

### ANSWERING AS AND FOR A THIRD CLAIM FOR RELIEF
### (Indemnification for Legal Fees And Related Costs)

**EIGHTEENTH:** In response to Paragraph **"34"**, repeats each admission or denial contained in Paragraphs "FIRST" through "SEVENTEENTH" herein as though fully set forth hereat.

**NINETEENTH:** Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph **"35"**.

**TWENTIETH:** Denies the allegations contained in Paragraphs **"36"** and **"37"**.

### ANSWERING AS AND FOR A FOURTH CLAIM FOR RELIEF
### (Specific Performance)

**TWENTY-FIRST:** In response to Paragraph **"38"**, repeats each admission or denial contained in Paragraphs "FIRST" through "TWENTIETH" herein as though fully set forth hereat.

579554v

**TWENTY-SECOND:** Denies the allegations contained in Paragraph **"39"**, in the form alleged and respectfully refer all questions of law to this Honorable Court.

**TWENTY-THIRD:** Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs **"40"**, **"41"** and **"42** .

**TWENTY-FOURTH:** Denies the allegations contained in Paragraph **"43"**, in the form alleged.

**TWENTY-FIFTH:** Denies the allegations contained in Paragraphs **"44"**, **"45"** and **"46"**.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

**TWENTY-SIXTH:** The Complaint herein fails to state a valid cause of action.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

**TWENTY-SEVENTH:** The contract is invalid, because there is a lack of consideration.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

**TWENTY-EIGHTH:** The plaintiff, DB STRUCTURED PRODUCTS, INC., is in breach of contract.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

**TWENTY-NINTH:** The Complaint should be dismissed as it is in violation of the Statute of Frauds.

579554v

**WHEREFORE,** defendant, FIRST CAPITAL MORTGAGE CORP. demands judgment dismissing the Complaint, together with the costs and disbursements of the within action.

DATED:   New York, New York
           July 10, 2007

Yours, etc.,

BY: PETER J. FAZIO, ESQ. (1211)
AARONSON RAPPAPORT FEINSTEIN
& DEUTSCH, LLP
Attorneys for Defendant
FIRST CAPITAL MORTGAGE CORP.
Office & P.O. Address
757 Third Avenue
New York, New York 10017
Tel.: (212) 593-6700

TO:   THACHER PROFFITT & WOOD, LLP
      Attorneys for Plaintiff
      Two World Financial Center
      New York, New York 10281
      Tel.: (212) 912-7400

579554v