```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DB STRUCTURED PRODUCTS, INC.,       :
                                    :   07 CIV. 4106(DLC)
                Plaintiff,          :   (KNF)*
                                    :
        -v-                         :
                                    :      ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,:  REFERENCE TO A
d/b/a ZONE FUNDING,                 :   MAGISTRATE JUDGE
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :   07 CIV. 4109
                Plaintiff,          :
                                    :
        -v-                         :
                                    :
BALTIMORE AMERICAN MORTGAGE         :
CORPORATION, INC.,                  :
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                Plaintiff,          :   07 CIV. 4115
                                    :
        -v-                         :
                                    :
FIRST CAPITAL MORTGAGE CORP.,       :
                                    :
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :   07 CIV. 4116
                Plaintiff,          :
                                    :
        -v-                         :
                                    :
ACT LENDING CORPORATION,            :
                                    :
                Defendant.          :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                Plaintiff,          :   07 CIV. 4118
                                    :
        -v-                         :
                                    :
COMMONSENSE MORTGAGE CORPORATION, INC.,:
                                    :
                Defendant.          :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

1

```
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4119
                                     :
        -v-                          :
                                     :
LENDER, LTD.,                        :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4120
                                     :
        -v-                          :
                                     :
MARIBELLA MORTGAGE, LLC,             :
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4121
                                     :
        -v-                          :
                                     :
LANCASTER MORTGAGE BANKERS, LLC,     :
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :   07 CIV. 4122
                Plaintiff,           :
                                     :
        -v-                          :
                                     :
GREAT NORTHERN FINANCIAL GROUP, INC.,:
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4123
                                     :
        -v-                          :
                                     :
INVESTAID CORPORATION,               :
                                     :
                Defendant.           :
------------------------------------ :
```

```
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4124
                                         :
        -v-                              :
                                         :
CAMERON FINANCIAL GROUP, INC.,           :
                                         :
                Defendant.               :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4125
                                         :
        -v-                              :
                                         :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                         :
                Defendant.               :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4126
                                         :
        -v-                              :
                                         :
BAYROCK MORTGAGE CORPORATION,            :
                                         :
                Defendant.               :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                Plaintiff,               :   07 CIV. 4127
                                         :
        -v-                              :
                                         :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,            :
                                         :
                Defendant.               :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |

3

|     |     |     |     |
| --- | --- | --- | --- |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |

Purpose: _____

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____ Habeas Corpus

_X_ Settlement*

_____ Social Security

___ Inquest After Default/Damages Hearing

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

---

\*    Do not check if already referred for general pretrial.

SO ORDERED:

DATED:    New York, New York
          August 10, 2007         _____/s/ Denise Cote_____
                                  DENISE COTE
                                  United States District Judge

4