USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,              :

        Plaintiff,                                :

        -against-                                :

MORTGAGE CORP. OF AMERICA, INC.,       :
d/b/a/ ZONE FUNDING,
                                                  :

        Defendant.                              :
------------------------------------------------------------:
DB STRUCTURED PRODUCTS, INC.,               :

        Plaintiff,                                :

        -against-                                :

                                                  :
BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                                                      :

        Defendant.                              :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

        Plaintiff,                                :

        -against-                                :

FIRST CAPITAL MORTGAGE CORP.,          :

        Defendant.                              :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

        Plaintiff,                                :

        -against-                                :

PRAJNA GROUP, INC. d/b/a LIBERTY         :
MORTGAGE FUNDING,
                                                  :

        Defendant.                              :
------------------------------------------------------------:

**ORDER**

07 Civ. 4106 (DLC)(KNF)

07 Civ. 4109 (DLC)(KNF)

07 Civ. 4115 (DLC)(KNF)

07 Civ. 4116 (DLC)(KNF)

```
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                          Plaintiff,         :

            -against-                        :
                                                  07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                           :

                          Defendant.         :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                          Plaintiff,         :

            -against-                        :
                                                  07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,            :

                          Defendant.         :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                          Plaintiff,         :

            -against-                        :
                                                  07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                                :

                          Defendant.         :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                          Plaintiff,         :

            -against-                        :
                                                  07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTAGE, LLC,                      :

                          Defendant.         :
-----------------------------------------------------------
```

---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

               Plaintiff,              :

               -against-              :
                                          07 Civ. 4121 (DLC)(KNF)

LANCASTER MORTAGE BANKERS, LLC,   :

               Defendant.              :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

               Plaintiff,              :

               -against-              :
                                          07 Civ. 4122 (DLC)(KNF)

GREAT NORTHERN FINANCIAL GROUP,   :
INC.,
               Defendant.              :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

               Plaintiff,              :

               -against-              :
                                          07 Civ. 4123 (DLC)(KNF)

INVESTAID CORPORATION,               :

               Defendant.              :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

               Plaintiff,              :

               -against-              :
                                            07 Civ. 4124 (DLC)(KNF)

CAMERON FINANCIAL GROUP, INC.,       :

               Defendant.              :
---------------------------------------------------------------

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                Plaintiff,                   :

        -against-                            :
                                                        07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,             :
INC.,
                                             :
                Defendant.
-------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,
                                             :
                Plaintiff,
                                             :
        -against-
                                             :
                                                        07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,
                                             :
                Defendant.
-------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
      August 27, 2007

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE