```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,
               Plaintiff,

                          07 Civ. 4115 (DLC)
    -v-

                          ORDER OF
FIRST CAPITAL MORTGAGE CORP.,     DISCONTINUANCE
              Defendant.
----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
          February 13, 2008

                                        _____
                                          DENISE COTE
                                United States District Judge