# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE, NEW YORK, N.Y. 10017
212 593-6700
FAX: 212 593-6970



MEMBERS OF THE FIRM

| | | |
|---|---|---|
| MARK J. AARONSON | CRAIG P. FENNO | NANCY L. PENNIE |
| LAWRENCE D. BLOOMSTEIN | MICHAEL M. FUTTERMAN | JAY A. RAPPAPORT |
| NEIL F. BRENES | ANDREW I. KAPLAN | CAROL E. RUSSELL |
| RICHARD V CAPLAN | STEVEN Z. KRONOVET | BARBARA A. RYAN |
| ROBERT J. CECALA | PHILIP D. LERNER | BARRY M. SCHREIBER |
| ROBERT S. DEUTSCH | NICHOLAS J. MAROTTA | DAWN C. SHAPIRO |
| SUSAN ETRA | DAVID A. MAYERI | ALISON R. SHIELDS |
| PETER J. FAZIO | ROBERT S. MELNICK | NANCY A. STEPROE |
| MARK B. FEINSTEIN | DANIEL NESSIM | ELLIOTT J. ZUCKER |

PETER J. FAZIO
PJFAZIO@ARFDLAW.COM
(212) 593-5458

**MEMO ENDORSED**

April 2, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

<u>VIA FACSIMILE (212) 805-7907</u>
United States District Court
500 Pearl Street
New York, New York 10007-1312
Attention: Honorable Denise Cote

RE: DB STRUCTURED PRODUCTS, INC. V. FIRST CAPITAL MORTGAGE CORP.
Civil Action No: 07 CV 4115 (DLC) (KNF)
<u>Our File No.: 8000.037</u>

Dear Judge Cote:

As you are aware, our office represents First Capital Mortgage Corp. in the above referenced litigation. Please allow this to serve as a request to move the currently scheduled conference for the above referenced matter (April 10, 2008) up to April 7, 2008 at 2:00pm.

Ms. Rojas indicated that the Court is available at that time and I have conferred with plaintiff's counsel who has also agreed to the date and time.

Lastly, this correspondence is being forwarded to the Court via facsimile with the permission of the Court and under the direction of Ms. Rojas.

Granted.
/s/ Denise Cote
April 2, 2008

-2-

United States District Court Southern District of New York
The Honorable Denise Cote
April 2, 2008
RE: DB Structured Products, Inc. v. First Capital Mortgage Corporation

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

PETER J. FAZIO (PJF 1251)

PJF:mk

Cc:   **VIA EMAIL**
      THACHER PROFFITT & WOOD, LLP
      Two World Financial Center
      New York, NY 10281
      Attn.: Brendan Zahner and Christopher Lynch

638588v