UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X
:
DB STRUCTURED PRODUCTS, INC.,                    :      07 CIV. 41157 (DLC)
                                                 :      (KNF)*
                Plaintiff,                       :
                                                 :      AMENDED ORDER OF
        -v-                                      :      REFERENCE TO A
                                                 :      MAGISTRATE JUDGE
FIRST CAPITAL MORTGAGE CORP.                     :
                                                 :
                Defendant.                       :
                                                 :
------------------------------------------------------------------ -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\*  Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
               April 8, 2008

                                                              /s/ Denise Cote
                                                                DENISE COTE
                                               United States District Judge