# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

MEMO ENDORSED

ATTORNEYS AT LAW

757 THIRD AVENUE, NEW YORK, N.Y. 10017
212 593-6700
FAX: 212 593-6970

**MEMBERS OF THE FIRM**

| | | |
|---|---|---|
| MARK J. AARONSON | CRAIG P. FENNO | NANCY L. PENNIE |
| LAWRENCE D. BLOOMSTEIN | MICHAEL M. FUTTERMAN | JAY A. RAPPAPORT |
| NEIL F. BRENES | ANDREW I. KAPLAN | CAROL E. RUSSELL |
| RICHARD V. CAPLAN | STEVEN Z. KRONOVET | BARBARA A. RYAN |
| ROBERT J. CECALA | PHILIP D. LERNER | BARRY M. SCHREIBER |
| ROBERT S. DEUTSCH | NICHOLAS J. MAROTTA | DAWN C. SHAPIRO |
| SUSAN ETRA | DAVID A. MAYERI | ALISON R. SHIELDS |
| PETER J. FAZIO | ROBERT S. MELNICK | NANCY A. STEPROE |
| MARK B. FEINSTEIN | DANIEL NESSIM | ELLIOTT J. ZUCKER |

RECEIVED
APR 28 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

PETER J. FAZIO
PJFAZIO@ARFDLAW.COM
(212) 593-5458

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

April 28, 2008

<u>VIA FACSIMILE (212) 805-6712</u>

United States District Court
500 Pearl Street
New York, New York 10007-1312
Attention: Honorable Kevin N. Fox

RE:   DB STRUCTERED PRODUCTS, INC. V. FIRST CAPITAL MORTGAGE CORP.
      Civil Action No: 07 CV 4115 (DLC) (KNF)
      <u>Our File No.: 8000.037</u>

Dear Judge Fox:

As you are aware, our office represents First Capital Mortgage Corp. in the above referenced litigation.

As per our conversation with your clerk, please be advised that the parties have reached a settlement in the above referenced litigation. I have reviewed the final version of the settlement agreement with a principle of First Capital, CEO Michael Goldhirsh and he will be presenting the agreement, along with his recommendation that the agreement be signed, to the other members of the board. He anticipates the agreement will be signed by tomorrow with first payment being made on Wednesday April 30, 2008.

Lastly, I would like to take this opportunity, on behalf of all parties, to express our appreciation to the Court for helping to assist us in reaching a settlement of this matter.



4/28/08
Based on the instant letter, the settlement conference scheduled for April 28, 2008, is cancelled.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

-2-

United States District Court Southern District of New York
The Honorable Kevin N. Fox
April 28, 2008
RE: DB Structured Products, Inc. v. First Capital Mortgage Corporation

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

PETER J. FAZIO (PJF 1211)

PJF:mk


**VIA EMAIL**

THACHER PROFFITT & WOOD, LLP
Two World Financial Center
New York, NY 10281
Attn.: Brendan Zahner and Christopher Lynch

645267v